**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | **COMPLAINT FOR** **FORFEITURE *IN REM*** |
| **v.** | § § § | |
| **A 2020 SUBARU FORESTER 2.5I** **TOURING 4D SUV WITH VIN** **JF2SKAXC5LH444720 OWNED** **BY KAZIAH WHITE** | § § § § § § | ***CIVIL ACTION NO.*** **25-cv-3262** |

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

Plaintiff, the United States of America, through the U.S. Attorney for the District of Columbia, brings this verified complaint for forfeiture in a civil action *in rem* against A 2020 Subaru Forester 2.5i Touring 4D SUV with VIN JF2SKAXC5LH444720 owned by Kaziah Matthew White (hereinafter "Defendant Property"), and alleges as follows:

**STATEMENT OF THE CASE**

1.      Kaziah White, a convicted felon and sex offender, used the Defendant Property to travel from Maryland to the District of Columbia with the intent to sexually abuse a child.

2.      The United States of America seeks to lawfully forfeit the Defendant Property to punish and deter criminal activity by depriving criminals of property used in or acquired through illegal activities and to recover assets that may be used to compensate victims.[1]

**JURISDICTION AND VENUE**

3.      This Court has original jurisdiction of this civil action by virtue of 28 U.S.C. § 1345 because it has been commenced by the United States and by virtue of 28 U.S.C. § 1355(a) because it is an action for the recovery and enforcement of a forfeiture under an Act of Congress.

---

[1] *See* United States Asset Forfeiture Program, *Our Mission*, https://www.justice.gov/afp.

4.      This Court has *in rem* jurisdiction over the Defendant Property under 28 U.S.C. § 1355(b).

5.      Venue is proper in this judicial district under 18 U.S.C. § 3237 and 28 U.S.C. §§ 1355(b) and 1395(a), (b), and (c).

### NATURE OF THE ACTION AND STATURY BASIS FOR FORFEITURE

6.      The United States files this *in rem* forfeiture action to seek forfeiture of Defendant Property as property which facilitated a violation of 18 U.S.C. § 2423(b) (Travel with Intent to Engage in Illicit Sexual Conduct).

7.      18 U.S.C. § 2428(b)(1)(A) authorizes the forfeiture of any property, real or personal, used or intended to be used to commit or to facilitate the commission of a violation of 18 U.S.C. § 2423(b).

8.      Procedures for this action are mandated by Rule G of the supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and, to the extent applicable, 18 U.S.C. §§ 981 and 983 and the Federal Rules of Civil Procedure.

### PROPERTY INFORMATION

9.      The Defendant Property is a 2020 Subaru Forester 2.5i Touring 4D SUV with a Vehicle Identification Number (VIN) of JF2SKAXC5LH444720 owned by Kaziah Matthew White.

10.      The Defendant Property is currently in FBI custody and will be transferred to the United States Marshals Service in the District of Columbia.

2

## STATEMENT OF FACTS

11.     For a full week in March of 2024, Kaziah White, enthusiastically encouraged the sexual abuse and exploitation of a 10-year-old boy by chatting online with someone who he believed was an abusive father offering up his own son for sex with others. White was so eager to sexually abuse this child that he distributed child pornography to build rapport with the father and offered specific recommendations on the ways in which he wanted to abuse the child. He even bought the child a "gift" of Spiderman underwear. White's efforts culminated on March 28, 2024, when he drove from Maryland to the District of Columbia using the Defendant Property—with the Spiderman underwear—for the express purpose of sexually abusing the child.

12.     White came to the attention of law enforcement on March 21, 2024, when he initiated contact with an online undercover officer ("UC") who was working as part of the FBI Child Exploitation and Human Trafficking Task Force ("CEHTTF"), operating out of a satellite office in Washington, D.C. Using the dating application Scruff, the UC maintained a profile page indicating that he had a sexual interest in children by prominently displaying certain hashtags and keywords on his profile page.

13.     White contacted the UC via the dating site saying, "Fuck yes prv bro… 🙋‍♂️ 🍆 …Would love to meet n play." White, who was using the username "EarthenFire ✈️ MD," indicated that he was staying in Clarksville, Maryland, at the time but that he could "travel basically anywhere during the day."

14.    On or about March 21, 2024, the UC was monitoring Scruff, a dating application. The UC's Scruff page maintained a curated profile intending the attract those interested in child exploitation, the account featured prominent code words and hashtags which indicated that he is interested child sexual abuse material (CSAM). On Thursday, March 21, 2024 at approximately 1320 hours, the scruff user by the name "EarthenFire[]MD," confirmed to be Kaziah White, privately messaged the UC, "Fuck yes prv bro……[] Would love to meet n play." The UC asked if the user had "Kik or Tele" and the Scruff user advised, "Tele @earthenfire." The term "Tele" is known to be a shorthand for the application "Telegram." The user told the UC that he was residing in Clarksville, Maryland, "but can travel basically anywhere during the day." The user showed the UC personal images which featured an adult white male with a prominent red in color beard.

13.    The UC then messaged the defendant via Telegram using a direct message to @earthenfire and stated, "Dave from scruff." The UC and defendant began to engage in conversation, which progressed to the sexual exploitation of children. The defendant took interest in the UC's purported ten-year-old son, while expressing preference to boys between the ages of "5-14". However, when asked if he was open to younger ages the defendant stated, "Oh I'm totally open, but just my fave age range." @earthenfire advised during this conversation, "Always wanted to find a dad who bonds with his boy" and "come over like a friend from work, and then let son explore us both." The UC brought up his interest regarding meeting in person to which @earthenfire replied, "Broooo I'm only the area til the end of the month, would love to plan a playdate. We can get lunch somewhere public first if u wanna feel out the vibe. And show u Im not a cop lmfao. Have an after school bonding sesh." @earthenfire added, "Also got my own place in Northern NY, would be hot to host y'all for a father son camping trip haha….Def total boy prv here raised right. Love spreading that deep man boy bonding."

14.    The UC and @earthenfire began to go into details about the activities they will partake in with the UC's purported son, which prompted the UC to qualify a set of rules which stated, "No blood, no bruises, and no crying" and @earthenfire advised, "Hell yeah I don't get into violence of pain, verrrry passionate and playful and loving here."  The UC also claimed, "Haven't gotten to fuck him yet, only rub my cock all over his hole..." and @earthenfire advised, "Nah he needs training haha. My step dad and I did toys for months before he finally got to breed me."

15.    The UC and @earthenfire devised a plan to meet on Thursday, March 28, 2024, after the UC picked up his purported son after school. When asked by the UC what he intends to do @earthenfire stated, "Tbh pretty open, love full body play, kissing, jerking, sucking, looove to lick all over, porn, toys. I've got other goodies like rope and cuffs and stuff if we want to get spicier lol. Fuck so bricked thinking about it buddy."

16.    March 22, 2024, an administrative subpoena was served on Discord requesting subscriber information associated with username earthenfire#0000. On the same day, Discord responded to the subpoena providing a verified email address of kazmwhite@gmail.com and IP logs spanning January 1, 2024, through March 22, 2024. Examination of the provided IP logs yielded a combination of Comcast, Verizon Wireless, and Frontier Communication IP addresses. On the same date, an administrative subpoena was served on Google requesting subscriber information associated with email address kazmwhite@gmail.com. Google immediately responded to the subpoena, providing a display name of 'Kaziah White', a recovery email address of greyloch.lighthouse@gmail.com, a recovery SMS number of 518-323-9234, and IP logs spanning January 1, 2024, through March 21, 2024. Examination of the provided IP logs yielded a combination of Comcast, Verizon Wireless, and Frontier Communications IP addresses. Again,

on March 22, 2024, an administrative subpoena was served on Comcast requesting subscriber information associated with an IP address (73.172.62.97) found on both the records from Discord and Google. On March 26, 2024, Comcast responded to the subpoena identifying the subscriber as Edward White of 13610 Meadow Glenn, Clarksville MD 21029. Edward White is believed to be a family member of Kaziah White.

17.    Upon receipt of this information, FBI WFO personnel used available commercial, law enforcement sensitive, and open-source databases to tentatively identify the suspected user of Discord account earthenfire#0000 as Kaziah Matthew White (DOB: 01/17/1992) of 6 Greylock Way, Long Lake NY 12847. This tentative identification was made based upon the personal photographs shared by @earthenfire, as compared to other known images of Kaziah White.

18.    On March 22, 2024, at approximately 0428 hours, @earthenfire messaged the UC, "Also had a buddy send some content if u wanna see 😈 🤡 🔥 ." At approximately 0755 hours, @earthenfire then forwarded twenty (20) videos of CSAM to the UC. The videos include:

- A twenty-three (23) second long video of a completely nude prepubescent male being anally penetrated by an adult male's erect penis. The adult male appears to be recording the abuse and the video is watermarked with, "Dark Fantasy."

- A forty-six (46) second long video of an adult male penetrating the anus of a prepubescent boy with his mouth while the boy is laying on a couch.

- A twenty-four (24) second long video of a completely nude prepubescent male being anally penetrated by an adult male's erect penis.

19.    While further discussing the sexual exploitation of the UC's purported son, the UC and @earthenfire confirmed to meet on Thursday again. The UC advised @earthenfire that he

would begin to prepare the purported child for his visit on Monday and advised that he could "share whatever you want with him" during that process. @earthenfire advised, "yuuuupp all about the bonding and building up excitement….Hell yeessss."

20.     On March 22, 2024, at 0955 hours, @earthenfire stated, "Preview of your view of me with the him in a week 😈 😋 " and forwarded over twenty (20) additional videos of CSAM to the UC to include a video of an adult male nude from the waist penetrating the mouth of a prepubescent boy with his erect penis while holding the back of the child's head down.

21.     On Monday, March 25, 2024, @earthenfire transitioned the conversation to Telegram "Secret Chat" and set a "self-destruct" timer to one hour.[2]  The UC advised @earthenfire, "Thursday @3. I'm down by Mass / 7th." @earthenfire agreed to meet at that time and reported he could get there by 2 pm. The UC and @earthenfire also agreed to meet face to face and then head to the UC's apartment to meet the UC's purported son to sexually abuse. @earthenfire advised the UC that he would be able to bring "toys" and wanted to bring a gift for the UC's purported son. @earthenfire later sent a photograph of Spiderman themed underwear for the UC's purported son and advised, "They had a multipack, hope he likes Spiderman lol it was the only marvel they had, plus I thought you'd appreciate the slinging ropes pun…" @earthenfire also reported that they should communicate on Scruff and "keep it pg like we're just meeting to hang out." @earthenfire advised that his name is "Matt," consistent with the middle name of "Kaziah Matthew White."

22.     On Tuesday, March 26, 2024, @earthenfire forwarded approximately ninety (90) videos to the UC which all appeared to CSAM files. The UC reviewed the content sent and observed

---

[2] The Telegram messaging application allows users to configure the messenger to delete messages from the chat log after a specific amount of time has passed. Telegram refers to this feature as a "self-destruct timer."

that one of the videos depicted an adult male penetrating the mouth and anus of a toddler with his erect penis and a video of an adult male masturbating and ejaculating into the mouth of a prepubescent boy who is wearing a blindfold across his eyes.

23.    On March 26, 2024, @earthenfire advised the UC that he was unable to meet at 3:00 pm due a conflict in his schedule. The UC reported that he would talk to his "ex" and try to get his purported son out of school early that day. The UC subsequently advised @earthenfire that he would be able to meet on March 28, 2024 at 10:00 am instead of 3:00 pm.

24.    One day prior to the planned meeting on March 27, 2024, the UC and @earthenfire agreed to meet at the Compass Coffee located at 650 F Street Northwest. As the discussion of meeting continued, @earthenfire further expressed his desires stating, "NGL kinda wondering if this is gonna be the start to a really awesome friendship w/ u & me like chill bros & become sorta like an uncle to him over time…" and "Thinking about it's got me so bricked rn buddy." @earthenfire forwarded a photograph of an adult male standing in front of a mirror clothed with a bulge in his groin being held by the male.

25.    On the morning of March 28, 2024, at approximately 7:25 am the UC forwarded three photographs [3] of his purported son to @earthenfire to verify he had access to the child at that time. To further confirm @earthenfire asked if the UC could provide a video of his purported son waving to him and saying hi. To which the UC claimed he was uncomfortable doing, but proposed they could facetime the purported son after they meet. @earthenfire was then satisfied with this level of verification. While this conversation was happening, the UC and @earthenfire were also communicating on Scruff to communicate under the pretense that they were just meeting for coffee

---

[3] The photographs are not of a real child.

in case anything happened to them. @earthenfire advised the UC on Scruff that he had left his home at approximately 0830 hours and was headed to meet the UC. The Scruff application provides an approximate distance between users which indicated at that time the UC and @earthenfire were approximately twenty-two (22) miles apart, which is consistent with travel from Clarksville, MD, to the UC's location.

26.     At approximately 9:41 am, the UC observed an individual matching the description of Kaziah Matthew White wearing a green hat and black hoodie enter 650 F Street Northwest, the agreed upon meeting location. @earthenfire advised the UC that he was using the bathroom and reported that he was wearing a green hat and black hoodie. When the UC spotted White walking to the rear of the shop and looking around, he approached the defendant and greeted him by asking "Matt?" and stating his UC name. White recognized the UC and hugged him. The UC and White left the coffee shop and walked into an adjoining office entrance to sit at a table. As conversation ensued, White indicated that he drove to D.C. from Clarksville, MD. The UC suggested they head to a more private location to facetime the purported son, which White agreed to.

27.     The UC provided an arrest signal to members of the WFO FBI CEHTTF who were conducting surveillance around the meet. The members then took White into custody without incident and transported him to WFO for processing and an interview. White was found to be in possession of spider man underwear at the time of his arrest and was debriefed by members of the FBI WFO CEHTTF.

28.     On or about October 25, 2024, WHITE pleaded guilty to one count of Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1) and was sentenced on or

about May 07, 2025, to serve 87 months imprisonment followed by a lifetime of supervised release.[4]  The Defendant Property was not forfeited at the time of sentencing.

## COUNT ONE – FORFEITURE OF DEFENDANT PROPERTY
### (18 U.S.C. § 2254)

29.    The Defendant Property includes property used to commit or promote a violation of 18 U.S.C. § 2252A.

30.    Accordingly, the Defendant Property is subject to forfeiture to the United States pursuant to 18 U.S.C. § 2254.

## COUNT TWO – FORFEITURE OF DEFENDANT PROPERTY
### (18 U.S.C. § 2428(b)(1)(A))

31.    The Defendant Property includes property used or intended to be used to commit or to facilitate the commission of 18 U.S.C. § 2423(b).

32.    Accordingly, the Defendant Property is subject to forfeiture to the United States pursuant to 18 U.S.C. § 2428(b)(1)(A).

## PRAYER FOR RELIEF

WHEREFORE, the United States of America prays that notice issue on the Defendant Property as described above; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that this Honorable Court issue a warrant of arrest *in rem* according to law; that judgment be entered declaring that the Defendant Property be forfeited to the

---

[4] *See* Judgment, United States v. Kaziah White, No. 1-24-cr-00340-DLF (DDC May 7, 2025) ECF No. 38.

United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper.

                         Respectfully submitted,

                         JEANINE FERRIS PIRRO
                         United States Attorney

                         /s/ Rick Blaylock, Jr.
                         Rick Blaylock, Jr.
                         TX Bar No. 24103294
                         Assistant United States Attorney
                         Asset Forfeiture Coordinator
                         United States Attorney's Office
                         601 D Street, N.W.
                         Washington, D.C. 20001
                         (202) 252-6765
                         rick.blaylock.jr@usdoj.gov

## VERIFICATION

I, Stephen Chiappetta, a special agent with the Federal Bureau of Investigation, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing Verified Complaint for Forfeiture *in rem* is based upon reports and information known to me and/or furnished to me by other law enforcement representatives and that everything represented herein is true and correct.

Executed on this ___17th___ day of September 2025.

Stephen Chiappetta
Special Agent
Federal Bureau of Investigation